**Entered on Docket
September 21, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION,
                SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA
                WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S-10-22831-MKN<br>Chapter 7 |
| GUADALUPE MERCADO AND EUNICE MERCADO, | |
| Debtor(s). | WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    September 1, 2010<br>Time:    1:30 p.m. |

/././

/././

1    A hearing on Secured Creditor Wells Fargo Bank, National Association,

2  successor by merger to Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for

3  Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy

4  Court before the Honorable Mike K. Nakagawa, Ace Van Patten appearing on behalf of Secured

5  Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7  being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10  terminated as it applies to the enforcement by Movant of all of its rights in the real property

11  under the Note and Deed of Trust encumbering the real property commonly known as 1016

12  Granite Ash Ave., N. Las Vegas, Nevada 89081 ("Real Property"), which is legally described as:

13    SEE LEGAL DESCRIPTION ATTACHED
      HERETO AS EXHIBIT A AND MADE A PART
14    HEREOF.

15    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

16  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

17  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

18  prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

19  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

20  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

21  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

22  provide 7 days' notice to the Debtor(s).

23  /././

24  /././

25  /././

26  /././

27  /././

28  /././

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

2  offer and provide Debtors with information re: a potential Forbearance Agreement, Loan

3  Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

4  may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to

5  enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this

6  bankruptcy case.

7  APPROVED/DISAPPROVED      APPROVED/DISAPPROVED

8

9  COREY B. BECK              WILLIAM A. LEONARD
   DEBTOR(S) ATTORNEY         TRUSTEE
10

11  /././/

12  /././/

13  /././/

14  /././/

15  /././/

16  /././/

17  /././/

18  /././/

19  /././/

20  /././/

21  /././/

22  /././/

23  /././/

24  /././/

25  /././/

26  /././/

27  /././/

28  /././/

1

2

**EXHIBIT A**
**LEGAL DESCRIPTION**

3

4

**PARCEL I:**

5

Lot One Hundred Twenty-Four (124) in Block Three (3) of FINAL PLAT OF COBBLESTONE RIDGE NORTH 80 UNIT 1, (A Common Interest Community), as shown by map thereof on file in Book 96 of Plats, Page 58, in the Office of the County Recorder of Clark County, Nevada.

6

**PARCEL II:**

7

8

A non-exclusive right and easement of ingress and egress of use in, to, and over the Common Elements and provided for in and subject to that certain Declaration of Covenants, Conditions and Restrictions for Cobblestone recorded January 31, 2001 in Book 20010131 as Document No. 00750, Official Records.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐    The court has waived the requirement of approval under LR 9021.

4    ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5    or filed written objections.

6    ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7    delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8    unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9    order, or failed to respond, as indicated below [list each party and whether the party has

10    approved, disapproved, or failed to respond to the document]:

11    ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

12    all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

13    and each has approved or disapproved the order, or failed to respond, as indicated below [list

14    each party and whether the party has approved, disapproved, or failed to respond to the

15    document]:

16    ☐    Approved.

17    ☐    Disapproved.

18    ☒    Failed to respond. - Debtors' Attorney/Trustee

19                                    ###

20    Submitted by:

21    /s/ ACE VAN PATTEN
      4375 Jutland Drive, Suite 200
22    P.O. Box 17933
      San Diego, CA 92177-0933
23    (858) 750-7600
      NV Bar #11731
24    Attorney for WELLS FARGO
      BANK, NATIONAL
25    ASSOCIATION,
      SUCCESSOR BY MERGER
26    TO WACHOVIA
      MORTGAGE, FSB, FKA
27    WORLD SAVINGS BANK,
      FSB
28